UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SHUDUAN CHEN,

     Petitioner,

v.

MARCELLO VILLEGAS, et al.,

     Respondents.

No. 1:26-CV-242-H

## ORDER

Before the Court is Jed S. Wasserman's Motion for Leave to Appear Pro Hac Vice Without Local Counsel. Dkt. No. 3. Under Local Civil Rule 83.9(b), counsel must apply for admission pro hac vice "on a court-approved form." Wasserman's written motion does not comply with that requirement. Thus, the motion (Dkt. No. 3) is denied to the extent it requests admission pro hac vice. Wasserman must apply for admission pro hac vice on the court-approved form within 14 days of this Order to continue representation in this action. The motion's separate request for leave to appear without local counsel is granted.

So ordered on May 28, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE